IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK GIBSON,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **JOHNSON AND JOHNSON, et al.,** | : | |
| *Defendants.* | : | **NO. 22-cv-04383** |

## O R D E R

**AND NOW**, this **19th** day of **July 2023**, upon consideration of Defendants Mandy Biser-Sipple, Brittany Huner, and the Pennsylvania Department of Correction's Motion to Dismiss (ECF No. 38) and Plaintiff's Opposition (ECF No. 46), it is hereby **ORDERED** that the Motion is **GRANTED**. All of Plaintiff's federal claims against Mandy Biser-Sipple, Brittany Huner, and the Pennsylvania Department of Correction are **DISMISSED WITH PREJUDICE**; all of Plaintiff's state law claims against Mandy Biser-Sipple, Brittany Huner, and the Pennsylvania Department of Correction are **DISMISSED WITHOUT PREJUDICE** [1] Accordingly, the Clerk of Court is instructed to terminate Defendants Mandy Biser-Sipple, Brittany Huner, and the Pennsylvania Department of Correction.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] The Motions to Dismiss filed by Defendants Janssen Biotech, Inc. and Johnson & Johnson, and Defendant Dr. Anthony Letizio, will be addressed separately in forthcoming memoranda and orders.