IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK GIBSON,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **JOHNSON AND JOHNSON, et al.,** | : | |
| *Defendants.* | : | **NO. 22-cv-04383** |

## O R D E R

**AND NOW**, this **28th** day of **July 2023**, upon consideration of Defendants Janssen Biotech, Inc. and Johnson & Johnson's Motion to Dismiss (ECF No. 43), Plaintiff's Opposition (ECF No. 46), and Defendants Janssen Biotech, Inc. and Johnson & Johnson's Reply (ECF No. 48), it is hereby **ORDERED** that the Motion is **GRANTED**.

All of Plaintiff's federal claims against Janssen Biotech, Inc. and Johnson & Johnson are **DISMISSED WITH PREJUDICE**. All of Plaintiff's state law claims against Janssen Biotech, Inc. and Johnson & Johnson are **DISMISSED WITHOUT PREJUDICE**.[1] Accordingly, the Clerk of Court is instructed to terminate Defendants Janssen Biotech, Inc. and Johnson & Johnson.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] The Motion to Dismiss filed by Defendant Dr. Anthony Letizio will be addressed separately in a forthcoming memoranda and order.