IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK GIBSON,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **JOHNSON AND JOHNSON, et al.,** | : | |
| *Defendants.* | : | **NO. 22-cv-04383** |

**O R D E R**

**AND NOW**, this **15th** day of **August 2023**, upon consideration of Defendant Dr. Anthony Letizio's Motion to Dismiss (ECF No. 45) and Plaintiff's Opposition (ECF No. 56), it is hereby **ORDERED** that the Motion is **GRANTED**.

All of Plaintiff's federal claims against Dr. Anthony Letizio are **DISMISSED WITH PREJUDICE**. All of Plaintiff's state law claims against Dr. Anthony Letizio are **DISMISSED WITHOUT PREJUDICE**.

Accordingly, the Clerk of Court is instructed to terminate Defendant Dr. Anthony Letizio and close the above-captioned case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**